**Pete DURMER, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2006–3348.

United States Court of Appeals, Federal Circuit.

July 11, 2007.

John M. Poti, Law Office of John M. Poti, of Prattville, AL, argued for petitioner.

Steven J. Abelson, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, argued for respondent. On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Mark A. Melnick, Assistant Director. Of counsel on the brief was Christopher Poreda, Regional Counsel, Federal Aviation Administration, New England Region, of Burlington, MA.

Before RADER, BRYSON and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.